THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LA FORTE, JR., Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on February 27, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to

CPL 460.50 (subd [5]). No opinion. Concur — Ross, J.P., Markewich, Silverman, Bloom and Fein, JJ.